**FILED**
June 3, 2022 4:08 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mic SCANNED BY: ⎯⎯⎯ 6/6/22

**2:22-cv-116**
Hala Y. Jarbou - U.S. District Judge

## Complaint

I am requesting an official federal investigation into the possible illegal domestic/international surveillance of myself while employed by the Federal Bureau of Investigation (FBI) and Perkins Coie law firm (Michael Sussman), based on information released by the John Durham-Special Council.

I believe ongoing surveillance has occured since 2012 timeframe to include Interpol, Australia, New Zealand, Law Enforcement One- United Kingdom, China, etc. I filed an FBI complaint in September 2014 timeframe also for a phone call from Russia. I have also had a phone call from France, which I believe may be associated with the Pegasus system. I have also had a Chinese foreign national taking pictures on the dock of my home, along with many other suspicious events/incidents. I hope this official inquiry will bring resolve, peace, and safety to my entire family!

Denise
PO Box 141
Marquette, MI 49855
03 June 2022