UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DENISE ANNE LOVELACE,

    Plaintiff,

v.

    Case No.  2:22-cv-116

    Hon. Hala Y. Jarbou

FEDERAL BUREAU OF
INVESTIGATION, et al.,

    Defendants.
_____/

## ORDER

On December 16, 2022, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R&R) recommending that the Court unseal this case and dismiss it with prejudice. (ECF No. 9.) The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on January 3, 2023.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 9) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that this case is **UNSEALED** and **DISMISSED** with prejudice for failure to prosecute, comply with rules, and comply with court orders.

A judgment will issue in accordance with this order.


Dated: January 10, 2023           /s/ Hala Y. Jarbou
                                            HALA Y. JARBOU
                                            CHIEF UNITED STATES DISTRICT JUDGE